**Entered on Docket
September 24, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

James B. Ball (#5212)
James E. Shively (#5497)
Poli & Ball, P.L.C.
601 S. 7th Street, Second Floor
Las Vegas, Nevada  89101
(702) 380-8095
fern@poliball.com
Attorneys for CitiFinancial Auto, Ltd.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Randolph Scott Burton,<br><br>       Debtor.<br><br>_____<br><br>CitiFinancial Auto, Ltd.,<br><br>       Movant,<br><br>vs.<br><br>Randolph Scott Burton, debtor; and Rick A. Yarnall, Trustee,<br><br>       Respondents. | No.  09-18324-MKN<br><br>Chapter 13<br><br>**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**DATE 9/9/09 - TIME 1:30 PM
THIRD FLOOR,
COURTROOM NO. 2
300 LAS VEGAS BLVD. SOUTH** |

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA  89101
(702) 380-8095

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095

1  CitiFinancial Auto, Ltd., having filed its Motion for Relief from the
2  Automatic Stay on August 13, 2009, ("the Motion").

3  The court finds that there were no timely written objections filed to the
4  Motion.

5  IT IS HEREBY ORDERED that CitiFinancial Auto, Ltd.'s Motion is
6  granted.

7  IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. Section
8  362(a) as it is applicable to the debtors and the estate is terminated, with respect to the
9  following described personal property ("the subject property"):

10  2006 HYUNDAI TUSCON

11  VIN # KM8JN12D26U447714

12  RESPECTFULLY SUBMITTED this 15th day of September, 2009

13  Poli & Ball, P.L.C.

14

15  By_/s/ James B. Ball_____
    James B. Ball (#5212)
16  James E. Shively (#5497)
    601 S. 7th Street, Second Floor
17  Las Vegas, Nevada  89101
    Attorneys for CitiFinancial Auto, Ltd.
18

19

20

21

22
                                    ###
23

CERTIFICATION re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_The court waived the requirements of LR 9021.

\_\_\_\_No parties appeared or filed written objections, and there is no trustee appointed to the case.

\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the Order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| _____ | \_x\_\_ Failed to respond to the document. |
| David M. Crosby | \_\_\_\_ Approved the document. |
| Attorney for Debtor | \_\_\_\_ Disapproved the document. |
| | |
| _____ | \_x\_\_ Failed to respond to the document |
| Rick A. Yarnall | \_\_\_\_ Approved the document. |
| Trustee | \_\_\_\_ Disapproved the document. |

   /s/  Karma Holmes

f:\apps\hotdocs\templates\nevada\362 purchase order motion for relief from automatic stay.rtf

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA  89101
(702) 380-8095