**Entered on Docket**
**October 02, 2009**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee for Ownit Mortgage Loan Asset Backed Certificates, Series 2006-7, by Litton Loan Servicing, L.P.
09-75852

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-18324-mkn |
| Randolph Scott Burton | Date: 9/16/09<br>Time: 1:30pm |
| Debtor. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee for Ownit Mortgage Loan Asset Backed Certificates, Series 2006-7, by Litton Loan Servicing, L.P., its assignees and/or successors in interest, of the subject property, generally described as 734 Strawberry Place, Henderson, NV 89015.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By _K. Sollett_ #10235
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
David M. Crosby, Esq.
711 S. 8th Street
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV  89101
Chapter 13 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:

2  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    _____    The court waived the requirements of LR 9021.

3  _____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

4  _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
            unrepresented  parties who appeared at the hearing, and any trustee appointed in this case,

5            and each has approved or disapproved the order, or failed to respond, as indicated below
            (list each party and whether the party has approved, disapproved, or failed to respond to the

6            document):

7  (List Parties)
    Debtor's counsel:
8
    _____    approved the form of this order                    _____    disapproved the form of this order
9
    _____    waived the right to review the order and/or    _X_    failed to respond to the document
10
    _____    appeared at the hearing, waived the right to review the order
11
    _____    matter unopposed, did not appear at the hearing, waived the right to review the order
12
    Trustee:
13
    _____    approved the form of this order                    _____    disapproved the form of this order
14
    _____    waived the right to review the order and/or    _X_    failed  to respond to the document
15
    Other Party:_____
16
    _____    approved the form of this order                    _____    disapproved the form of this order
17
    _____    waived the right to review the order and/or    _____    failed  to respond to the document
18
    Breach Order:
19
    _____    This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of
20
            this proposed order were transmitted to Debtor's counsel and appointed trustee to which
21
            they have not replied
22

23

24  Submitted by:
     /s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
    Attorney for Secured Creditor
26